**Craig Charles PEDEN, Plaintiff–Appellant,**

**v.**

**Patty MURRAY, Senator; et al., Defendants–Appellees.**

### No. 14–35451.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 24, 2016.*

Filed March 3, 2016.

Jason Barnard, Palm Springs, CA, pro se.

Assistant U.S. Attorney LA–CV, Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Craig Charles Peden appeals pro se from the district court's judgment in his action arising from events related to a state court proceeding. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii), Barren v. Harrington, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Peden's action because Peden failed to al-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lege facts sufficient to state a plausible claim for relief. *See Hebbe v. Pliler,* 627 F.3d 338, 341–42 (9th Cir.2010) (although pro se pleadings are to be construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief). Contrary to Peden's contention that the district court improperly dismissed the action for failure to file a timely amended complaint, the district court reviewed the amended complaint on the merits.

To the extent that Peden sought a writ of mandamus, dismissal of the action was proper because Peden failed to meet any of the requirements for mandamus relief. *See Johnson v. Reilly,* 349 F.3d 1149, 1154 (9th Cir.2003) (discussing requirements for mandamus relief and noting that "[m]andamus is an extraordinary remedy granted in the court's sound discretion").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir.2009).

All pending motions and requests are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.